

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | No. 08-19-00071-CV |
|---|---|---|
| IN THE MATTER OF TRUST A AND TRUST C. ESTABLISHED UNDER THE BERNARD L. AND JEANNETTE FENENBOCK LIVING TRUST AGREEMENT, DATED MARCH 12, 2008. | § | Appeal from |
| | § | Probate Court Number 2 |
| | § | of El Paso County, Texas |
| | § | (TC# 2017-CPR00674) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore vacate the trial court's order dated February 21, 2019, and remand to the trial court for further proceeding consistence with this Court's opinion.

We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JUNE, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.